Argued January 17, affirmed January 17, petition for rehearing denied March 7 as not timely filed, petition for review denied May 31, 1972

STATE OF OREGON, *Respondent, v.* JAMES MICHAEL SPAISE (Nos. C-60406 and C-60343), *Appellant.*

492 P2d 829

 (No. C-60406).

 (No. C-60343).

*R. Dale Kneeland,* Portland, argued the cause and filed the brief for appellant.

*Joseph F. Ceniceros,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.